# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRACY A. WILLIAMS,  )<br>    )<br>   Petitioner,  )<br>    )<br>v.   )<br>    )<br>COMMISSIONER, SOCIAL SECURITY  )<br>ADMINISTRATION,  )<br>    )<br>   Respondent.  )<br>_____) | Case No. CV 07-125-E-LMB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision & Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety without prejudice.

DATED: **August 5, 2008**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge